## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES,** *et al.,* | § | |
| *ex rel.* | § | |
| **MICHAEL VAUGHN,** *et al.,* | § | |
| | § | |
| **Plaintiffs** | § | |
| **v.** | § | **Civil Action H-13-1081** |
| | § | |
| **UNITED BIOLOGICS, LLC,** *et al.,* | § | |
| | § | |
| **Defendants** | § | |

## RELATORS' MOTION TO VOLUNTARILY DISMISS

Relators request that the Court dismiss this case with prejudice as to Relators and without prejudice as to the United States and the named states. Relators understand that the U.S. and the named states will notify the Court of their consent shortly.

At 2:20 p.m. on Monday, October 24, 2016, Relators' counsel sent an email to defense counsel which stated, in part, "we want to inform you that our clients have decided to dismiss their case with prejudice as to them but without prejudice as to the United States and the named States. Please let us know by close of business tomorrow if you have any objection to the dismissal."

Without responding to the email, Defendant filed a Motion for Summary Judgment at 1:29 p.m. today. (Doc. 89.)

The Court need not rule on the summary judgment motion; instead, Relators request that the Court grant this motion.

Respectfully submitted,

**O'CONNELL & SOIFER LLP**
/s/ Jan Soifer
Patrick J. O'Connell
   Texas Bar No. 15179900
Jan Soifer
   Texas Bar No. 18824530
2525 Wallingwood Dr., Bldg. 14
Austin, Texas 78746
512.222.0444 (phone)/512.222.0422 (fax)
jsoifer@oconnellsoifer.com
poconnell@oconnellsoifer.com

**CHAMBERLAIN MCHANEY**
David E. Chamberlain
   Texas Bar No. 04059800
Catherine L. Kyle
   Texas Bar No. 11778600
Tim Poteet
   Texas Bar No. 16170300
301 Congress Ave., 21st Floor
Austin, Texas 78701
512.474.9124 (phone)/512.474.8582 (fax)
dchamberlain@chmc-law.com
ckyle@chmc-law.com
tpoteet@chmc-law.com

**HUTCHESON BOWERS LLP**
Shannon Hutcheson
   Texas Bar No. 00796708
Allison Bowers
   Texas Bar No. 24006170
1301 S. Mopac, Suite 430
Austin, Texas 78746
512.777.4448 (phone)/512. 777.4497 (fax)
shannon@hutchesonbowers.com
allison@hutchesonbowers.com

**ATTORNEYS FOR RELATORS VAUGHN, FREEMAN, MCKENNA, AND STAFFORD**

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2016, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas, Procedures for Electronic Filing.

/s/ Jan Soifer
Jan Soifer