# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES, *et al.*, *ex rel.* MICHAEL VAUGHN, *et al.*, Plaintiffs | § § § § | |
| v. | § | Civil Action H-13-1081 |
| UNITED BIOLOGICS, LLC, *et al.*, Defendants | § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

The following attorney hereby enters his appearance in this case on behalf of all Relators:

Jim Haley
Texas Bar No. 08739500
Law Offices of Patrick J. O'Connell, PLLC
2525 Wallingwood Dr., Bldg. 14
Austin, TX 78746
(512) 222-0427
jim@pjofca.com

        Respectfully submitted,

        **LAW OFFICES OF PATRICK J. O'CONNELL, PLLC**
        /s/ Jim Haley
        Patrick J. O'Connell
        Texas Bar No. 15179900
        Jim Haley
        Texas Bar No. 08739500
        2525 Wallingwood Dr., Bldg. 14
        Austin, TX 78746
        512.222.0444 (phone)
        pat@pjofca.com
        jim@pjofca.com

Chamberlain McHaney
David E. Chamberlain
 Texas Bar No. 04059800
Catherine L. Kyle
 Texas Bar No. 11778600
Tim Poteet
 Texas Bar No. 16170300
301 Congress Ave., 21st Floor
Austin, Texas 78701
512.474.9124 (phone)/512.474.8582 (fax)
dchamberlain@chmc-law.com
ckyle@chmc-law.com
tpoteet@chmc-law.com

Hutcheson Bowers LLP
Shannon Hutcheson
Texas Bar No. 00796708
Allison Bowers
 Texas Bar No. 24006170
1301 S. Mopac, Suite 430
Austin, Texas 78746
512.777.4448 (phone)/512. 777.4497 (fax)
shannon@hutchesonbowers.com
allison@hutchesonbowers.com

**Attorneys for Relators Vaughn, Freeman, McKenna, And Stafford**

### CERTIFICATE OF SERVICE

I certify that on January 18, 2017, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the applicable Procedures for Electronic Filing.

/s/ Jim Haley
Jim Haley