# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES, *et al.*, *ex rel.* MICHAEL VAUGHN, *et al.*, | § § § § | |
| Plaintiffs | § | |
| v. | § | Civil Action H-13-1081 |
| | § | |
| UNITED BIOLOGICS, LLC, *et al.*, | § § | |
| Defendants | § § | |

## Notice to the Court

Per the Court's instructions, the parties would like to "gently" remind the Court that there has been no ruling yet on the matters heard on January 19, 2017.

>Respectfully submitted,
>
>**LAW OFFICES OF PATRICK J. O'CONNELL PLLC**
>
>/s/ Patrick J. O'Connell
>Patrick J. O'Connell
>Texas Bar No. 15179900
>2525 Wallingwood Dr., Bldg. 14
>Austin, Texas 78746
>512.222.0444 (phone)
>pat@pjofca.com

**CHAMBERLAIN MCHANEY**
David E. Chamberlain
 Texas Bar No. 04059800
Catherine L. Kyle
 Texas Bar No. 11778600
Tim Poteet
 Texas Bar No. 16170300
301 Congress Ave., 21st Floor
Austin, Texas 78701
512.474.9124 (phone)/512.474.8582 (fax)
dchamberlain@chmc-law.com
ckyle@chmc-law.com
tpoteet@chmc-law.com

**HUTCHESON BOWERS LLP**
Shannon Hutcheson
 Texas Bar No. 00796708
Allison Bowers
 Texas Bar No. 24006170
1301 S. Mopac, Suite 430
Austin, Texas 78746
512.777.4448 (phone)/512. 777.4497 (fax)
shannon@hutchesonbowers.com
allison@hutchesonbowers.com

**ATTORNEYS FOR RELATORS VAUGHN, FREEMAN, MCKENNA, AND STAFFORD**

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2017, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas, Procedures for Electronic Filing.

/s/ Patrick J. O'Connell
Patrick J. O'Connell